# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RAYLONDA ROBINSON,

        Plaintiff,

v.

                                    Case No. 6:25-cv-01730-WWB-RMN

TRANS UNION LLC,

        Defendant.

_____/

## DEFENDANT TRANS UNION LLC'S
## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Trans Union LLC ("Trans Union"), Defendant herein, and files its Answer and Defenses to Plaintiff's Complaint ("Complaint") filed by Raylonda Robinson ("Plaintiff"). The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

## JURISDICTION AND VENUE

1.      Trans Union admits that jurisdiction is proper in this Court. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the Complaint and, therefore, denies same.

2.      Trans Union admits that jurisdiction is proper in this Court. Trans Union admits that it is authorized to do business in the state of Florida. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the

8172937.2

remaining allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3.     Trans Union admits that jurisdiction is proper in this Court.  Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4.     Trans Union admits, solely based on the allegations contained in the Complaint, that venue is proper in this District.

## PARTIES

5.     Trans Union admits that Plaintiff is natural person. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6.     Trans Union admits that it is a limited liability company organized under the laws of the State of Delaware with its principal place of business located in Chicago, Illinois.

## DEMAND FOR JURY TRIAL

7.     Trans Union admits that Plaintiff demands a jury trial.

## ALLEGATIONS

8.     Trans Union admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) of the Fair Credit Reporting Act ("FCRA").  Trans Union

2

8172937.2

is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9.     Trans Union admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties.  Trans Union denies the remaining allegations contained in paragraph 9 of the Complaint.

10.    Trans Union admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) of the FCRA. Trans Union admits that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties.  Trans Union denies the remaining allegations contained in paragraph 10 of the Complaint.

11.    Trans Union denies the allegations contained in paragraph 11 of the Complaint.

12.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies same.

13.    Trans Union denies the allegations contained in paragraph 13 of the Complaint.

14.    Trans Union denies the allegations contained in paragraph 14 of the Complaint.

3

8172937.2

15. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16. Trans Union denies the allegations contained in paragraph 16 of the Complaint.

17. Trans Union denies the allegations contained in paragraph 17 of the Complaint.

18. Trans Union denies the allegations contained in paragraph 18 of the Complaint.

19. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21. Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

4

8172937.2

22.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

23.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

24.     Trans Union denies the allegations contained in paragraph 24 of the Complaint.

25.     Trans Union denies the allegations contained in paragraph 25 of the Complaint.

26.     Trans Union denies the allegations contained in paragraph 26 of the Complaint.

27.     Trans Union denies the allegations contained in paragraph 27 of the Complaint.

28.     Trans Union denies the allegations contained in paragraph 28 of the Complaint.

29.     Trans Union denies the allegations contained in paragraph 29 of the Complaint.

8172937.2

30.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

36.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

37.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and, therefore, denies same.

38.    Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39.    Trans Union denies the allegations contained in paragraph 39 of the Complaint.

40.    Trans Union denies the allegations contained in paragraph 40 of the Complaint.

41.    Trans Union denies the allegations contained in paragraph 41 of the Complaint.

42.    Trans Union denies the allegations contained in paragraph 42 of the Complaint.

43.    Trans Union denies the allegations contained in paragraph 43 of the Complaint.

8172937.2

44. Trans Union denies the allegations contained in paragraph 44 of the Complaint.

45. Trans Union denies the allegations contained in paragraph 45 of the Complaint.

46. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore, denies same.

47. Trans Union denies the allegations contained in paragraph 47 of the Complaint.

48. Trans Union denies the allegations contained in paragraph 48 of the Complaint.

49. Trans Union denies the allegations contained in paragraph 49 of the Complaint.

50. Trans Union denies the allegations contained in paragraph 50 of the Complaint.

51. Trans Union denies the allegations contained in paragraph 51 of the Complaint.

52. Trans Union denies the allegations contained in paragraph 52 of the Complaint.

8172937.2

53.    Trans Union denies the allegations contained in paragraph 53 of the Complaint.

54.    Trans Union denies the allegations contained in paragraph 54 of the Complaint.

## COUNT 1

55.    Trans Union restates and incorporates its responses to paragraphs 1 through 54 above as though fully stated herein.

56.    Trans Union denies the allegations contained in paragraph 56 of the Complaint.

57.    Trans Union denies the allegations contained in paragraph 57 of the Complaint.

58.    Trans Union denies the allegations contained in paragraph 58 of the Complaint.

59.    Trans Union denies the allegations contained in paragraph 59 of the Complaint.

60.    Trans Union denies the allegations contained in paragraph 60 of the Complaint.

61.    Trans Union denies the allegations contained in paragraph 61 of the Complaint.

8172937.2

62.    Trans Union denies the allegations contained in paragraph 62 of the Complaint.

63.    Trans Union denies the allegations contained in paragraph 63 of the Complaint.

64.    Trans Union denies the allegations contained in paragraph 64 of the Complaint.

65.    Trans Union denies the allegations contained in paragraph 65 of the Complaint.

66.    Trans Union denies the allegations contained in paragraph 66 of the Complaint.

67.    Trans Union denies the allegations contained in paragraph 67 of the Complaint.

68.    Trans Union denies the allegations contained in paragraph 68 of the Complaint.

## **COUNT 2**

69.    Trans Union restates and incorporates its responses to paragraphs 1 through 68 above as though fully stated herein.

70.    Trans Union denies the allegations contained in paragraph 70 of the Complaint.

10

8172937.2

71.   Trans Union denies the allegations contained in paragraph 71 of the Complaint.

72.   Trans Union denies the allegations contained in paragraph 72 of the Complaint.

73.   Trans Union denies the allegations contained in paragraph 73 of the Complaint.

74.   Trans Union denies the allegations contained in paragraph 74 of the Complaint.

75.   Trans Union denies the allegations contained in paragraph 75 of the Complaint.

76.   Trans Union denies the allegations contained in paragraph 76 of the Complaint.

77.   Trans Union denies the allegations contained in paragraph 77 of the Complaint.

78.   Trans Union denies the allegations contained in paragraph 78 of the Complaint.

79.   Trans Union denies the allegations contained in paragraph 79 of the Complaint.

80.   Trans Union denies the allegations contained in paragraph 80 of the Complaint.

8172937.2

81.    Trans Union denies the allegations contained in paragraph 81 of the Complaint.

82.    Trans Union denies the allegations contained in paragraph 82 of the Complaint.

83.    Trans Union denies the allegations contained in paragraph 83 of the Complaint.

84.    Trans Union denies the allegations contained in paragraph 84 of the Complaint.

## COUNT 3

85.    Trans Union restates and incorporates its responses to paragraphs 1 through 84 above as though fully stated herein.

86.    Trans Union denies the allegations contained in paragraph 86 of the Complaint.

87.    Trans Union denies the allegations contained in paragraph 87 of the Complaint.

88.    Trans Union denies the allegations contained in paragraph 88 of the Complaint.

89.    Trans Union denies the allegations contained in paragraph 89 of the Complaint.

12

90. Trans Union denies the allegations contained in paragraph 90 of the Complaint.

91. Trans Union denies the allegations contained in paragraph 91 of the Complaint.

92. Trans Union denies the allegations contained in paragraph 92 of the Complaint.

93. Trans Union denies the allegations contained in paragraph 93 of the Complaint.

## **COUNT 4**

94. Trans Union restates and incorporates its responses to paragraphs 1 through 93 above as though fully stated herein.

95. Trans Union denies the allegations contained in paragraph 95 of the Complaint.

96. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies same.

97. Because of the vague and generalized nature of the allegations, Trans Union is without knowledge or information sufficient to form a belief as to the truth

13

8172937.2

of the allegations contained in paragraph 97 of the Complaint and, therefore, denies same.

98.    The provisions of the FCRA are self-evident and speak for themselves. Trans Union denies the allegations contained in paragraph 98 of the Complaint.

99.    Trans Union denies the allegations contained in paragraph 99 of the Complaint.

100.    Trans Union denies the allegations contained in paragraph 100 of the Complaint.

101.    Trans Union denies the allegations contained in paragraph 101 of the Complaint.

102.    Trans Union denies the allegations contained in paragraph 102 of the Complaint.

103.    Trans Union denies the allegations contained in paragraph 103 of the Complaint.

104.    Trans Union denies the allegations contained in paragraph 104 of the Complaint.

105.    Trans Union denies the allegations contained in paragraph 105 of the Complaint.

106.    Trans Union denies the allegations contained in paragraph 106 of the Complaint.

14

8172937.2

107. Trans Union denies the allegations contained in paragraph 107 of the Complaint.

108. Trans Union denies the allegations contained in paragraph 108 of the Complaint.

109. Trans Union denies the allegations contained in paragraph 109 of the Complaint.

110. Trans Union denies the allegations contained in paragraph 110 of the Complaint.

## DENIAL OF ANY REMAINING ALLEGATIONS

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

112. At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

113. Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

15

8172937.2

114. Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

115. Trans Union at all times acted in compliance with the FCRA.

116. Plaintiff failed to mitigate her alleged damages.

117. Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

118. In the event that a settlement is reached between Plaintiff and any other person or entity, Defendant Trans Union is entitled to any settlement credits permitted by law.

119. Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

120. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC respectfully Requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Defendant its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

16

8172937.2

Respectfully submitted,

*/s/ Alexandria Epps*

Alexandria Epps
Florida Bar No. 1002739
aepps@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5463
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

17

8172937.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ivory Hadaway
lvory@pzlg.legal
Victor Zabaleta
Victor@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301
(954) 955-8298
*Counsel for Plaintiff*

*/s/ Alexandria Epps*
**ALEXANDRIA EPPS**

18

8172937.2